

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

CYNTHIA PANARELLA,

           Plaintiff,

    v.

NEW YORK CITY DEPARTMENT OF
EDUCATION, KASANDRA LOPEZ-GARCIA,
and UNITED FEDERATION OF TEACHERS

           Defendants.

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ JAN 24 2020 ★

BROOKLYN OFFICE

**ORDER**
19-CV-6646

**WILLIAM F. KUNTZ, II, United States District Judge:**

    Following the pre-motion conference held before the Honorable William F. Kuntz, II on Friday, January 24, 2020, IT IS HEREBY ORDERED: Defendants must serve their motions to dismiss on or before Friday, March 20, 2020 at 5:00 P.M.; Plaintiff must serve a response to Defendants' motions on or before Friday, April 24, 2020 at 5:00 P.M.; and Defendants must serve their replies, if any, by Friday, May 15, 2020 at 5:00 P.M.

    Pursuant to Rule III.G.1 of the Individual Motion Practices and Rules of the Honorable William F. Kuntz, II, as a courtesy to the Court, the Court requests the parties refrain from filing motion papers until the motion has been fully briefed. If the parties elect to file their motion only once it is fully briefed, the notice of motion and all supporting papers are to be served on the other party along with a cover letter setting forth whom the movant represents and the papers being served. Only a copy of the cover letter shall be electronically filed in advance of the fully briefed motion, and it must be filed as a letter, not as a motion. On the day the motion is fully briefed, each party shall electronically file their individual motion papers by 5:00 P.M. on May 15, 2020. Defendant New York Department of Education shall also mail a complete set of

courtesy copies of all motion papers, via overnight mail, to the Court, attention of Mr. Andrew Jackson.

Further, the request to stay discovery in this proceeding is DENIED.

**SO ORDERED.**

s/ William F. Kuntz, II

HON. WILLIAM F. KUNTZ, II
UNITED STATES DISTRICT JUDGE

Dated: January 24, 2020
      Brooklyn, New York