UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------x

CYNTHIA PANARELLA,

                              Plaintiff,

      -against-

NEW YORK CITY DEPARTMENT OF
EDUCATION, UNITED FEDERATION OF
TEACHERS and KASANDRA LOPEZ-GARCIA,

                              Defendants.

**STIPULATION OF DISCONTINUANCE**

19-cv-06646 (WFK)(SJB)

------------------------------------------------------------x

**IT IS HEREBY STIPULATED AND AGREED,** by and between the attorneys for the undersigned parties to the above entitled action, that all claims as against defendants NEW YORK CITY DEPARTMENT OF EDUCATION, UNITED FEDERATION OF TEACHERS and KASANDRA LOPEZ-GARCIA ("Defendants") in the above entitled action be discontinued without prejudice pursuant to Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure, pending the resolution of Plaintiff's pending medical arbitrations regarding her claims for line-of-duty injury classification, which are the subject of this lawsuit.

**IT IS FURTHER STIPULATED AND AGREED** that the statute of limitations for all claims that were timely as of October 18, 2019 is hereby tolled until 90 days following the decision in Plaintiff's medical arbitrations regarding her claims for line-of-duty injury classification which are the subject of this lawsuit.

**IT IS FURTHER STIPULATED AND AGREED** that the statute of limitations for all claims that were not timely as of October 18, 2019 is not tolled and any statute of limitations defenses that may be raised by Defendants are preserved.

1

IT IS FURTHER STIPULATED AND AGREED that in the event that Plaintiff does not proceed with the pending medical arbitrations, all the claims against Defendants shall be discontinued with prejudice.

Dated: New York, New York
March 19, 2020

Jonathan B. Behrins, Esq.
The Behrins Law Firm
*Attorneys for Plaintiff*
1491 Richmond Rd.
Staten Island, New York 10304
(718) 447-5541

By: _____
Jonathan Behrins, Esq.

JAMES E. JOHNSON
Corporation Counsel of the
City of New York
*Attorney for Defendants DOE and Kasandra Lopez-Garcia*
100 Church Street, Room 2-317
New York, New York 10007-2601
(212) 356-4382

By: _____
Rebecca Quinn, Esq.
Assistant Corporation Counsel

ROBERT T. REILLY
*Attorneys for Defendant United Federation of Teachers*
52 Broadway, 9th Floor
New York, NY 10004
(212) 228-3382

By: _____
Gregory M. Ainsley, Esq.

The application is ✓ granted.
SO ORDERED) ~~denied~~

s/WFK
_____
William F. Kuntz, II, U.S.D.J.
Dated: Mar 24, 2020
Brooklyn, New York

2